916

No. 310, Misc. GOSTOVICH v. VALORE, ADJUDICATION OFFICER, VETERANS ADMINISTRATION. C. A. 3d Cir. Certiorari denied. *Louis C. Glasso* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Herbert E. Morris* for respondent.

No. 338, Misc. TENORIO v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Richard L. Walsh* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 361, Misc. HAMER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 364, Misc. HARRIS v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 365, Misc. UNITED STATES EX REL. COBB v. CAVELL, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 374, Misc. BOGGS v. McLEOD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 381, Misc. LANDMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 386, Misc. LUTTRELL v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, for respondent.